IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CINDY L. HILSGEN,

                     Petitioner,

   v.                                                                    ORDER

NANCY HOVE,                                                   18-cv-102-jdp

                    Respondent.

---

Cindy Hilsgen filed a petition for writ of habeas corpus challenging the amount of her bond or pretrial custody in the Pierce County Jail. In a March 6, 2018 order, I stated that, given the temporary nature of Hilsgen's pretrial confinement, the court would schedule a telephonic hearing on the petition rather than have the parties brief the petition. *See* Dkt. 7.

Respondent responded, stating that Hilsgen was released after the state court lowered the bond amount to $30,000 and Hilsgen posted that amount. *See* Dkt. 14. I denied respondent's motion to dismiss the case, stating that Hilsgen was still "in custody" for purposes of habeas relief because she was still subject to the terms of the bond. *See* Dkt. 17. But because the modification of the bond and Hilsgen's release raised the question whether Hilsgen wished to continue seeking habeas relief, I gave her a short time to confirm whether she wished to continue with the case. *Id*.

Hilsgen has responded with an amended petition and memorandum in support, which clearly indicates her desire to continue pursuing habeas relief. Respondent need not file an answer or more briefing; I will direct the clerk of court to schedule a telephonic hearing to resolve the petition.

ORDER

IT IS ORDERED that the clerk of court is directed to set a telephonic hearing on petitioner Cindy Hilsgen's petition for writ of habeas corpus.

Entered April 16, 2018.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge