IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CINDY L. HILSGEN,

    Petitioner,

v.

NANCY HOVE,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 18-cv-102-jdp

This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Cindy L. Hilsgen's petition for a writ of habeas corpus.

| /s/ | 5/31/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |